UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | |
|---|---|
| LAFARGE NORTH AMERICA INC., a Maryland corporation, ) ) ) | |
| *Plaintiff,* ) ) ) | Case No. 4:08-cv-95 |
| v. ) ) | Judge Mattice |
| WELLS GROUP, INC. d/b/a COFFEE COUNTY READY MIX, a Tennessee corporation, and MICHAEL JASON WELLS, an individual, ) ) ) ) ) ) | |
| *Defendants.* ) | |

## ORDER

Plaintiff LaFarge North America Inc. has filed a Motion for Default Judgment against individual Defendant Michael Jason Wells. [Court Doc. 6.] The Court referred the Motion for Default Judgment to Magistrate Judge William B. Mitchell Carter for a report and recommendation on Defendant's liability for the causes of action in Plaintiff's complaint and the amount of damages, including attorney's fees and costs, due to the Plaintiff as a result of Defendant's liability for such causes of action. [Court Doc. 12.]

Magistrate Judge Carter filed his report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b) on August 4, 2009. [Court Doc. 20.] Neither party filed an objection within the given 10 days.

After reviewing the record, the Court agrees with Magistrate Judge Carter's report and recommendation. The Court thus **ACCEPTS** and **ADOPTS** Magistrate Judge Carter's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b).

A separate default judgment will enter.

**SO ORDERED** this 24th day of August, 2009.

                                                 */s/Harry S. Mattice, Jr.*
                                                 HARRY S. MATTICE, JR.
                                         UNITED STATES DISTRICT JUDGE